# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

GLORIA GOMEZ,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant

No. C13-2040

**ORDER GRANTING APPLICATION FOR ATTORNEY FEES**

---

This matter comes before the Court on the Application Pursuant to Equal Access to Justice Act 5 U.S.C. § 504A(1) and Affidavit in Support of Bill of Costs (docket number 20) filed by the Plaintiff on March 4, 2014, and the Response (docket number 21) filed by the Defendant on March 11, 2014. Plaintiff requests that the Court order attorney fees in the amount of $4,350.00. Defendant has no objection. The Court finds the application should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 20) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Four Thousand Three Hundred Fifty Dollars ($4,350.00) to be paid by the Social Security Administration.

DATED this 11th day of March, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA